**Abange ADONNI, Plaintiff–Appellant,**

v.

**EDUCATION COMMISSION FOR FOREIGN MEDICAL GRADUATES, Defendant–Appellee,**

**and**

**Association of American Medical Colleges, Defendant.**

**No. 10–1279.**

United States Court of Appeals, Fourth Circuit.

Submitted: July 26, 2011.

Decided: Aug. 4, 2011.

Nathaniel D. Johnson, Waldorf, Maryland, for Appellant. Elisa P. McEnroe, Morgan, Lewis & Bockius LLP, Philadelphia, Pennsylvania, for Appellee.

Before GREGORY and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abange Adonni appeals the district court's order granting summary judgment against him in his civil action alleging discrimination under 42 U.S.C. § 1981 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm

for the reasons stated by the district court. *Adonni v. Educ. Comm'n for Foreign Med. Graduates*, No. RWT 08–cv2319, 2010 WL 610760 (D.Md. Feb. 17, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*